**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maimuna M.M.,

Petitioner,

v.

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *U.S. Department of Homeland Security, Secretary*; Todd M. Lyons, *U.S. Immigration & Customs Enforcement, Acting Director*; Marcos Charles, *Enforcement and Removal Operations, Acting Executive Associate Director*; Eric Klang, *Sheriff, Crow Wing County Jail*,

Respondents.

Civ. No. 25-4622 (JWB/ECW)

**ORDER TO RESPOND**

---

Marc Prokosch, Esq., and Isabelle Plunkett, Esq., Prokosch Law LLC, counsel for Petitioner.

Ana H. Voss, Esq., United States Attorney's Office, counsel for Respondents Pamela Bondi, Kristi Noem, Todd M. Lyons, and Marcos Charles.

---

**IT IS HEREBY ORDERED** that:

1. Given the Petitioner's continued detention, the narrow and record-based issues presented, and the length of prior supervised release, an expedited response is warranted. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Maimuna M.M. (Doc. No. 1) by **Friday, December 19, 2025**, showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's detention in light of the issues raised in the habeas petition (including to establish "changed circumstances," compliance with 8 C.F. R. § 241.13(i)(2)–(3), and steps taken toward removal);

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims. Respondents should specifically address whether a Revocation Notice was served, whether an informal interview was conducted, and which country DHS contends is now willing to accept Petitioner and on what factual basis; and

3. If Petitioner intends to file a Reply to Respondents' answer, Petitioner must do so by end of day **Monday, December 22, 2025**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. The matter will be taken under advisement on the papers unless this Court determines that a hearing is necessary.

Date: December 16, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge