# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Maimuna Mohamed Mohamud, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-4622 JWB/ECW |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, Eric Klang, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Maimuna M.M.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED IN PART**.

2. Respondents shall immediately release Petitioner from custody subject to the conditions of her May 9, 2012 Order of Supervision.

3. Respondents shall confirm Petitioner's release within 48 hours of this Order.

4. All other requested relief is **DENIED** without prejudice.

Date: 12/22/2025                                            KATE M. FOGARTY, CLERK